■ In the Matter of the Claim of MAMIE A. BRADLEY, Appellant. NORTH SIDE SAVINGS BANK, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.